## CASE ANNOUNCEMENTS

*July 21, 2010*

[Cite as *07/21/2010 Case Announcements*, 2010-Ohio-3331.]

## MERIT DECISIONS WITHOUT OPINIONS

2010-0732. [State ex rel.] Schafer v. Galbraith.

In Mandamus. On motion to dismiss. Motion to dismiss granted. Motions to strike motion to dismiss and for an order to correct case caption denied as moot. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0823. [State ex rel.] Essman v. Marshall.

In Prohibition. On motions to dismiss and for judgment on the pleadings. Motions to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0878. State ex rel. McQueen v. Klatt.

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0902. State ex rel. Arvizu v. Pima Cty. Clerk of Court.

In Mandamus. On complaint in mandamus of Adronico Arvizu III. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0913. State ex rel. Herrick v. Browne.

In Prohibition. On motions for leave to intervene and motions to dismiss. Motion of guardian ad litem Lora H. Cleary for leave to intervene denied. Motion of Maggie L. Gross for leave to intervene granted. Motions to dismiss granted. Cause dismissed.

PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., and LUNDBERG STRATTON, J., concur but would also grant the motion for leave to intervene of Lora H. Cleary.

2010-0918. Forkland v. Ohio Dept. of Rehab. & Corr.

In Habeas Corpus. On petition for writ of habeas corpus of Jamarr Forkland. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0929. [State ex rel.] Henderson v. Saffold.

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010-0933. State ex rel. Columbus S. Power Co. v. Cocroft.

In Prohibition. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed based on mootness.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.